UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID SOLOMON | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-5528 |
| | : | |
| AMAZON.COM, INC.; | : | |
| WHOLE FOODS MARKET, INC., | : | |
| JAY WARREN; and JANE DOE | : | FEBRUARY 20, 2019 |

**NOTICE OF SERVICE OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Local Civil Rule 33.3 and Rule 26 of the FRCP, the undersigned, on behalf of the Plaintiff, David Solomon, in the above-entitled action, requests disclosure and production by the Defendants of the following information:

The name, address and telephone number(s) of the Jane Doe Defendants in the above entitled action and the name, address and telephone number(s) of each such other individual likely to have discoverable information, along with the subjects of that information, that the disclosing party may use to support its claims or defenses in this action.

I certify that this discovery and production request is being sent electronically to Carmen A. Nicolaou, counsel of record for the named Defendants on the date below.

Dated at New Haven, Connecticut this 20th day of February, 2019

                            BY:____/s/_____
                                NORMAN A. PATTIS
                                Pattis & Smith, LLC
                                383 Orange Street
                                New Haven, CT 06511
                                V: 203-393-3017
                                F: 203-393-9745
                                npattis@pattisandsmith.com

## **CERTIFICATION**

      This is to certify that on February 20, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

      By: /s/   Norman A. Pattis