# EXHIBIT C

# CIVIL CAUSE FOR INITIAL/PREMOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 3/4/2019   TIME: 3:30 PM   TIME IN COURT: 10 min.

CASE:   **Solomon v. Amazon.com, Inc. et al**
        **2:18-cv-05528-JMA-SIL**

APPEARANCES:   For Plaintiff: Norman Pattis (w/ David Solomon)

For Defendants: Carmen Nicolaou

FTR: 3:35-3:42

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☒ Briefing schedule set.
    Moving papers served by: 4/5/2019
    Response: 5/6/2019
    Reply: 5/20/2019
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone status conference is scheduled for . Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
- ☐ Other: