UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
DAVID SOLOMON,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　Docket No: 18-cv-5528 (ERK) (PK)
v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
AMAZON.COM, INC.,　　　　　　　　　:
WHOLE FOODS MARKET, INC.,　　　　　:
JAY WARREN, and JANE DOE,　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　 :　　JUNE 22, 2020
-----------------------------------------------------X

## **NOTICE OF APPEAL**

The Plaintiff herewith files notice of his intent to appeal the trial court's May 30, 2020 order granting the Defendants' Motions to Dismiss in favor of the Defendants. Judgment entered on June 2, 2020.

　　　　　　　　　　　　　　　　　　THE PLAINTIFF,
　　　　　　　　　　　　　　　　　　David Solomon


　　　　　　　　　　　　　　　　　　By: /s/ NORMAN A. PATTIS /s/
　　　　　　　　　　　　　　　　　　　　NORMAN A. PATTIS
　　　　　　　　　　　　　　　　　　　　PATTIS & SMITH, LLC
　　　　　　　　　　　　　　　　　　　　383 Orange Street
　　　　　　　　　　　　　　　　　　　　New Haven, CT 06511
　　　　　　　　　　　　　　　　　　　　203.393.3017
　　　　　　　　　　　　　　　　　　　　203.393.9745
　　　　　　　　　　　　　　　　　　　　npattis@pattisandsmith.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing motion has been sent electronically through the Court's e-filing system to all counsel of record; and a copy of the foregoing has been sent through electronic mail to all pro se parties, on this 22nd day of June 2020, to:

                                    /s/ Norman A. Pattis /s/
                                    NORMAN A. PATTIS